**Motion granted and Order filed March 10, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00410-CV

**KOFFI JUSTIN NGORAN, Appellant**

**V.**

**FLAN ROSELINE SEI MESSON, Appellee**

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-28888**

### ORDER

Appellee's counsel, O. Darcele Holley, has filed a motion to withdraw and supplemental motion to withdraw. The court **GRANTS** the motion. Appellee shall proceed pro se in this appeal is hereby ordered to file her brief within 30 days of the date of this order.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.